UNITED STATES of America,
Plaintiff–Appellee,

v.

Joseph Wayne KING, Defendant–
Appellant.

No. 14–13043
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 16, 2015.

Michael B. Billingsley, Staci G. Cornelius, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Robert B. Tuten, Tuten Law Offices, Huntsville, AL, for Defendant–Appellant.

Before JORDAN, JILL PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Robert B. Tuten and Mickey J. Gentle, appointed counsel for Joseph Wayne King in this direct criminal appeal, have filed a motion to withdraw from further representation of King, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsels' motion to withdraw is **GRANTED,** and King's conviction and sentence are **AFFIRMED.**